IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Anderson, Gregory L                          Case Number:  05 B 30745
                                                         Judge:  Wedoff, Eugene R
Printed:  11/13/07                                       Filed:  8/5/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 27, 2007
Confirmed: September 29, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 10,728.00 |  |
| Secured: |  | 9,066.10 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,100.00 |
| Trustee Fee: |  | 561.90 |
| Other Funds: |  | 0.00 |
| Totals: | 10,728.00 | 10,728.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Select Legal - The First Choice | Administrative | 1,100.00 | 1,100.00 |
| 2. | Deutsche Bank National | Secured | 0.00 | 0.00 |
| 3. | Deutsche Bank National | Secured | 8,474.12 | 3,083.54 |
| 4. | Franklin Credit Management Corporation | Secured | 16,441.14 | 5,982.56 |
| 5. | B-Line LLC | Unsecured | 346.29 | 0.00 |
| 6. | B-Line LLC | Unsecured | 309.45 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 20.00 | 0.00 |
| 8. | Capital One | Unsecured |  | No Claim Filed |
| 9. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 10. | MCI | Unsecured |  | No Claim Filed |
| 11. | SBC | Unsecured |  | No Claim Filed |
| 12. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 13. | Global Teledata | Unsecured |  | No Claim Filed |
| 14. | Sprint PCS | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 26,691.00 | $ 10,166.10 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 281.60 |
| 5% | 51.20 |
| 4.8% | 147.46 |
| 5.4% | 81.64 |
|  | _____ |
|  | $ 561.90 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Anderson, Gregory L | Case Number:  05 B 30745 |
| | Judge:  Wedoff, Eugene R |
| Printed:  11/13/07 | Filed:  8/5/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_